RALPH T. SMITH, as Administrator of the Estate of WILLIAM H. LAGO, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Smith* v. *N. Y. C. & H. R. R. R. Co.*, 123 App. Div. 910, affirmed.
(Argued October 28, 1909; decided November 16, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 6, 1907, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by defendant's negligence.

*Henry Purcell* for appellant.

*B. A. Field* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.    Dissenting: GRAY and WERNER, JJ.